```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06190
    DEBORAH A PENCE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-5970
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/30/06 and confirmed on 08/07/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 5290.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| COURTHOMES OF FRANKFORT | SECURED | .00 | .00 | .00 |
| DES PLAINES VALLEY C U | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN CREDIT & COLLEC | UNSECURED | 120.10 | .00 | 120.10 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 167.50 | .00 | 167.50 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 138.82 | .00 | 138.82 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS INC | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 857.13 | .00 | 857.13 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 185.44 | .00 | 185.44 |
| ASSET ACCEPTANCE CORP | UNSECURED | 303.73 | .00 | 303.73 |
| WALTS FOOD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 73.23 | .00 | 73.23 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL PAYDAY ADVANCE | UNSECURED | NOT FILED | .00 | .00 |

```
PAYDAY OK                    UNSECURED      NOT FILED              .00          .00
UNITED CASH LOANS            UNSECURED      NOT FILED              .00          .00
VILLAGE OF FRANKFORT         UNSECURED      NOT FILED              .00          .00
JOHN C DENT                  REIMBURSEMENT     224.00              .00       224.00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        224.00       1845.95          .00      2069.95
PRINCIPAL PAID           .00        224.00       1845.95          .00      2069.95
INTEREST PAID            .00           .00           .00          .00          .00
TOTAL PAID               .00        224.00       1845.95          .00      2069.95
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3000.00 and was paid $    3000.00 .

The Trustee received $     217.66 .

Refunds to the Debtor totaled $     2.39 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


      Dated: 02/08/08                /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE